# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ERIC X. RAMBERT, | : | No. 23 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2017, the Application for Leave to File Original Process and the Motion to Present Supporting Exhibits are **GRANTED**, and the Petition for Writ of Mandamus and the Motion for Judgment on the Pleadings are **DENIED**.